AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Columbia Dentistry, LLC, *successor in interest*
*The Dental Team, USA*; Dr. Annette I. Riley;
Roy Riley Bey,
        *Plaintiffs*
        v.                                                      Civil Action No.     3:18-00865-JMC

Emmen Holdings, LLC; Madna Holdings,
LLC; Nassimi Reality, LLC; Eakjv Holding,
LLC; Nassimi Brick Plaza, Inc.; Nassimi Soho
Development, LLC, *successor in interest*
*Dutch Square, LLC*,
        *Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiffs take nothing of the Defendants and this action is dismissed without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The issues having been reviewed by the Honorable Paige J. Gossett, United States Magistrate Judge, who recommended in her Report and Recommendation that this case be dismissed.

*CLERK OF COURT*

Date: August 9, 2018

                                                                s/Angie Snipes

                                                     *Signature of Clerk or Deputy Clerk*